

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00408-CV

Erica Lee **CORONADO**,
Appellant

v.

Betty **CANTU** and Gutierrez Estate,
Appellees

From the County Court, Karnes County, Texas
Trial Court No. CV-2025-0040
Honorable Wade J. Hedtke, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED November 26, 2025.

_____
Rebeca C. Martinez, Chief Justice